**No JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br><br>        Plaintiff,<br><br>  v.<br><br>FRANCISCO SUAREZ, also known as FRANK SUAREZ, an individual; MARTHA SUAREZ, an individual; ALFREDO HERNANDEZ, an individual; DIANA E. HERNANDEZ, an individual; JESSIE SIGUEIRA, an individual; J. ANTONIA GUZMAN, also known as JUAN GUZMAN, an individual; ANA CORONADO, an individual; MARTHA U. SOSA, an individual; SUSANA C. SERVELLON, an individual; INGRID ALVAREZ, an individual; JULIA DeLEON, an individual; ELIEZAR ADALID, an individual; IGLESIA BAUTISTA NUEVO EMPEZAR, a California corporation; IGLESIA CRISTIANA NUEVO EMPEZAR, a California corporation; MICHAEL J. MELTON, an individual; IGLESIA BAUTISTA NUEVO EMPEZAR, a Texas corporation,<br><br>        Defendants. | Case No. CV 08-6210 PA (FMOx)<br><br>**JUDGMENT IN INTERPLEADER** |
| AND RELATED CROSS-ACTIONS AND COUNTERCLAIMS | |

1  Pursuant to the Court's Order granting the Motion of WELLS FARGO
2  BANK, NATIONAL ASSOCIATION for judgment in interpleader and restraining
3  prosecution of any proceeding against WELLS FARGO BANK, NATIONAL
4  ASSOCIATION ("WELLS FARGO"):
5  It is now ORDERED, ADJUDGED and DECREED:
6  1. Defendants and counter-claimants are ordered to interplead and
7  litigate their respective rights to $881,775.99 and interest thereon held in the
8  Registry of this Court;
9  2. WELLS FARGO BANK is discharged from any and all liability on
10 account of the claims of: FRANCISCO SUAREZ, also known as FRANK
11 SUAREZ, an individual; MARTHA SUAREZ, an individual; ALFREDO
12 HERNANDEZ, an individual; DIANA E. HERNANDEZ, an individual; JESSIE
13 SIGUEIRA, an individual; J. ANTONIA GUZMAN, also known as JUAN
14 GUZMAN, an individual; ANA CORONADO, an individual; MARTHA U.
15 SOSA, an individual; SUSANA C. SERVELLON, an individual; INGRID
16 ALVAREZ, an individual; JULIA DeLEON, an individual; ELIEZAR ADALID,
17 an individual; IGLESIA BAUTISTA NUEVO EMPEZAR ("IBNE"), a California
18 corporation; IGLESIA CRISTIANA NUEVO EMPEZAR ("ICNE"), a California
19 corporation; MICHAEL J. MELTON, an individual; IGLESIA BAUTISTA
20 NUEVO EMPEZAR, a Texas corporation; IGLESIA DE RESTAURACION
21 FILIAL RESEDA, a corporation, and each of them, with respect to WELLS
22 FARGO accounts in the name of ICNE, Account No. XXXXXXX5328, Account
23 No. XXXXXXX0137, Account No. XXXXXXX2909 and XXXXXXX2895, and
24 accounts standing in the name of IBNE, Account No. XXXXXXX5191 and
25 Account No. XXXXXXX8034 and Certificate of Deposit No. XXXXXXX0269 in
26 the name of ICNE and sums deposited and held in said accounts and the sums
27 deposited with the Clerk in interpleader;
28

S:\PA\CIVIL CASES\Wells Fargo Bank 08-6210\Judgment in Interpleader.doc

3. The parties to this action, and each of them, are restrained from instituting or further prosecuting any proceeding in any court in this state or elsewhere affecting the rights and obligations of WELLS FARGO BANK with respect to WELLS FARGO Accounts in the name of ICNE, Account No. XXXXXXX5328, Account No. XXXXXXX0137, Account No. XXXXXXX0269, Account No. XXXXXXX2909 and XXXXXXX2895, and accounts standing in the name of IBNE, Account No. XXXXXXX5191 and Account No. XXXXXXX8034 and Certificate of Deposit No. XXXXXXX0269 in the name of ICNE and sums deposited and held in said accounts and the proceeds thereof and interest accrued thereon and the sums deposited with the Clerk in interpleader;

4. The Counterclaim of MARTHA SOSA, ANA CORONADO and SUSANA SERVELLON filed January 28, 2009 against WELLS FARGO is dismissed with prejudice.

5. The Counterclaim of IBNE and ICNE filed December 19, 2008 against WELLS FARGO BANK is dismissed with prejudice.

6. The Clerk is directed to pay to WELLS FARGO BANK the sum of $23,070.29 for WELLS FARGO BANK'S attorneys' fees and costs incurred in this action from the sums paid into the Registry of the Court. The Clerk is directed to send a check in the sum of $23,070.29 payable to " WELLS FARGO BANK, NATIONAL ASSOCIATION," c/o Barton, Klugman & Oetting LLP, Robert Louis Fisher, A Professional Corporation, 350 South Grand Avenue, Suite 2200, Los Angeles, CA 90071-3485;

7. The Clerk shall continue to hold all sums placed in interpleader by WELLS FARGO BANK and remaining after paying WELLS FARGO BANK'S attorneys' fees and costs as aforesaid in an interest bearing account pending further order of the Court;

//
//

S:\PA\CIVIL CASES\Wells Fargo Bank 08-6210\Judgment in Interpleader.doc

8. WELLS FARGO BANK is released from any obligation to make any further court appearances or file further papers in this matter.

Dated: March 10, 2009

_____
Percy Anderson
United States District Judge

4